UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-00078-GW-MAAx | Date | June 13, 2025 |
|---|---|---|---|
| Title | *Julie Christensen v. Kaiser Permanente, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :  IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [49] was filed on June 13, 2025. The Court vacates all currently set dates, and an order to show re: settlement hearing for August 14, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on August 12, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |