UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHRISTENSEN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, AND DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-00078-GW-MAA<br><br>Honorable George H. Wu<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint Filed: January 4, 2024<br>FAC Filed: March 28, 2024 |

**[PROPOSED] ORDER**

Pursuant to the Parties' August 12, 2025, Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a), and good cause appearing therefore, it is ordered that this action be, and hereby is, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Date: August 13, 2025

*George H. Wu*
Honorable George H. Wu
United States District Court Judge